UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ELARABI, AYMAN R.

Case No.: 19-27346  
Chapter: 7  
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on December 17, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at: 242 BROOKSIDE LANE, HILLSBOROUGH, NJ
> The debtor(s) purchased the property in 2014 for $239,000. The property is valued at $239,000 based upon an Appraisal.

> Liens on property:
>
> CALIBER HOME LOANS - $257,198

> Amount of equity claimed as exempt:
>
> $1,659.24

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ayman R. Elarabi  
    Debtor

Case No. 19-27346-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Nov 15, 2019  
                    Form ID: pdf905    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.

```
db              +Ayman R. Elarabi,    242 Brookside Lane,    Hillsborough, NJ 08844-4818
518453031       +American Express National Bank,    c/o Zwicker & Associates,    1105 Laurel Oak Rd., Ste. 136,
                 Voorhees, NJ 08043-4312
518453032       +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518453033       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518453034       +Brookside Square Residential Community,,    c/o Judith Ann Fallat, Esq.,
                 92 Broadway, Suite 201,    Denville, NJ 07834-2733
518453037        Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
518453036       +Caliber Home Loans,    c/o RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518453039       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518453040       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
518453042       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518453029       +Equifax Information Serv.,    PO Box 740256,    Atlanta, GA 30374-0256
518453028       +Experian,    PO Box 4500,    Allen, TX 75013-1311
518453027      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: Division of Taxation,    Dept. of Treasury,    PO Box 269,
                 Trenton, NJ 08695)
518453044       +Synchrony Bank,    c/o Selip & Stylianou LLP,    10 Forest Avenue,    PO Box 914,
                 Paramus, NJ 07653-0914
518453047      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    Attn: Bankruptcy Dept,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518453030        TransUnion,    PO Box 2000,    Crum Lynne, PA 19022
518453049      ++VALLEY,    ATTN ATTN LEGAL DEPARTMENT,    1455 VALLEY ROAD,    WAYNE NJ 07470-8448
                (address filed with court: Valley National Bank,    Attn: Legal Dept,    1455 Valley Rd,
                 Wayne, NJ 07470)
518453050       +Weichert Finance Ser/d,    1 Corporate Dr,    Lake Zurich, IL 60047-8944
518453051       +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
518453052       +Wells Fargo Bank, NA,    c/o Tenaglia & Hunt, P.A.,    395 West Passaic Street, Ste. 205,
                 Rochelle Park, NJ 07662-3016
518453053       +Wells Fargo Home Mortgage,    Attn: Bankruptcy Dept,    P.O. Box 10335,
                 Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 01:25:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 01:25:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518453035       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 16 2019 01:27:27      Caliber Home Loans,
                 Attn: Cash Operations,    Po Box 24330,    Oklahoma City, OK 73124-0330
518453038       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 01:36:16      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518453041       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 16 2019 01:27:19
                 Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
518453043        E-mail/Text: mrdiscen@discover.com Nov 16 2019 01:25:06      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518455236       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 01:36:09      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518453045       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 01:34:42      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518453046       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 01:36:09
                 Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
                                                                                               TOTAL: 9
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
518453048*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Bankruptcy,    PO Box 8026,
                Cedar Rapids, IA 52408-8026)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 15, 2019
                              Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Michael S. Kopelman    on behalf of Debtor Ayman R. Elarabi kopelaw@kopelmannj.com
          R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          Thomas  Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
          Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.axosfs.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 7
```