**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ayman R. Elarabi<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5670<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–27346–KCF | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ayman R. Elarabi

12/20/19                                              **By the court:**   Kathryn C. Ferguson
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 19-27346-KCF
Ayman R. Elarabi                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Dec 20, 2019
                              Form ID: 318         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.
```
db           +Ayman R. Elarabi,    242 Brookside Lane,    Hillsborough, NJ 08844-4818
518453031    +American Express National Bank,    c/o Zwicker & Associates,    1105 Laurel Oak Rd., Ste. 136,
               Voorhees, NJ 08043-4312
518453034    +Brookside Square Residential Community,,    c/o Judith Ann Fallat, Esq.,
               92 Broadway, Suite 201,    Denville, NJ 07834-2733
518453037     Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
518453036    +Caliber Home Loans,    c/o RAS Citron, LLC,    130 Clinton Road, Suite 202,
               Fairfield, NJ 07004-2927
518453040    +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
518453042    +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
               Mason, OH 45040-8999
518453029    +Equifax Information Serv.,    PO Box 740256,    Atlanta, GA 30374-0256
518453028    +Experian,    PO Box 4500,    Allen, TX 75013-1311
518453027   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: Division of Taxation,    Dept. of Treasury,    PO Box 269,
               Trenton, NJ 08695)
518453044    +Synchrony Bank,    c/o Selip & Stylianou LLP,    10 Forest Avenue,    PO Box 914,
               Paramus, NJ 07653-0914
518453030     TransUnion,    PO Box 2000,    Crum Lynne, PA 19022
518453049   ++VALLEY,    ATTN ATTN LEGAL DEPARTMENT,    1455 VALLEY ROAD,    WAYNE NJ 07470-8448
             (address filed with court: Valley National Bank,    Attn: Legal Dept,    1455 Valley Rd,
               Wayne, NJ 07470)
518453050    +Weichert Finance Ser/d,    1 Corporate Dr,    Lake Zurich, IL 60047-8944
518453052    +Wells Fargo Bank, NA,    c/o Tenaglia & Hunt, P.A.,    395 West Passaic Street, Ste. 205,
               Rochelle Park, NJ 07662-3016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QTJORR.COM Dec 21 2019 05:33:00      Thomas Orr,    Law Office of Thomas J. Orr,
               321 High Street,    Burlington, NJ 08016-4411
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2019 00:56:44      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2019 00:56:38      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518453032    +EDI: AMEREXPR.COM Dec 21 2019 05:33:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
               El Paso, TX 79998-1540
518453033    +EDI: TSYS2.COM Dec 21 2019 05:33:00      Barclays Bank Delaware,    Attn: Correspondence,
               Po Box 8801,    Wilmington, DE 19899-8801
518453035    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 21 2019 00:57:42      Caliber Home Loans,
               Attn: Cash Operations,    Po Box 24330,    Oklahoma City, OK 73124-0330
518453038    +EDI: CAPITALONE.COM Dec 21 2019 05:34:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
518453039    +EDI: CHASE.COM Dec 21 2019 05:34:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
               Wilmington, DE 19850-5298
518453041    +EDI: CCS.COM Dec 21 2019 05:33:00      Credit Collection Services,    Attn: Bankruptcy,
               725 Canton St,    Norwood, MA 02062-2679
518453043     EDI: DISCOVER.COM Dec 21 2019 05:33:00      Discover Financial,    Attn: Bankruptcy Department,
               Po Box 15316,    Wilmington, DE 19850
518455236    +EDI: RMSC.COM Dec 21 2019 05:34:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
518453045    +EDI: RMSC.COM Dec 21 2019 05:34:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
518453046    +EDI: RMSC.COM Dec 21 2019 05:34:00      Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
518453047     EDI: TFSR.COM Dec 21 2019 05:33:00      Toyota Financial Services,    Attn: Bankruptcy Dept,
               Po Box 8026,    Cedar Rapids, IA 52409
518453048     EDI: TFSR.COM Dec 21 2019 05:33:00      Toyota Financial Services,    Bankruptcy,    PO Box 8026,
               Cedar Rapids, IA 52408-8026
518453051    +EDI: WFFC.COM Dec 21 2019 05:33:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
               1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
518453053    +EDI: WFFC.COM Dec 21 2019 05:33:00      Wells Fargo Home Mortgage,    Attn: Bankruptcy Dept,
               P.O. Box 10335,    Des Moines, IA 50306-0335
                                                                                              TOTAL: 17
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*         +Thomas Orr,    Law Office of Thomas J. Orr,    321 High Street,    Burlington, NJ 08016-4411
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Dec 20, 2019
                               Form ID: 318             Total Noticed: 32
```

              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Michael S. Kopelman    on behalf of Debtor Ayman R. Elarabi kopelaw@kopelmannj.com
          R. A. Lebron    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
          Thomas Orr    on behalf of Trustee Thomas Orr tom@torrlaw.com, Torr@ecf.axosfs.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7
```